UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERNEST R. OLIVER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-00942-TWP-DKL |
| ) | |
| CAROLYN W. COLVIN Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ENTRY ON BRIEFING SCHEDULE

This cause comes before the court on the court's own motion. Plaintiff seeks judicial review of the defendant Commissioner's denial of Plaintiff's claim for Social Security benefits based on disability. The action was initiated by the filing of Plaintiff's complaint on June 16, 2015. The Defendant filed his answer on September 71, 2015. The record of the administrative proceedings was filed on September 17, 2015.

Plaintiff shall file a brief in support of the complaint within fifty-six (56) days of the date of this Entry. Defendant shall submit a brief in opposition within fifty-six (56) days from the date of filing of Plaintiff's brief. Plaintiff shall have twenty-eight (28) days from the date of filing of Defendant's brief to file any reply brief. Failure to file a brief ordered by this Entry shall allow this cause to be submitted for summary disposition at the close of the briefing period. **The parties should not anticipate any enlargements of these deadlines absent a showing of extraordinary circumstances**.

The statutory provisions, along with their accompanying regulations (primarily 20 C.F.R. § 404.1520) have led to the establishment of a five-step test used in most cases to determine whether an adult claimant is disabled:

(1) Is the claimant presently engaging in "substantial gainful activity?"

(2) Does the claimant have one or more "severe" physical or mental impairments that are likely to cause death or to last for twelve months or more?

(3) Does the impairment or combination of impairments meet or equal any impairment listed in Appendix 1 to Subpart P of 20 C.F.R. Part 404 that supports an automatic finding of disability?

(4) Is the claimant able to perform his or her past relevant work?

(5) Is the claimant able to perform any other work within the economy in light of age, education, and prior work experience?

In an ordinary case, the Plaintiff's brief shall identify any specific step at issue and shall specify the alleged error at each step at issue. To the extent that the claimant contends that the evidence presented to the Administrative Law Judge does not support or contradicts the findings or conclusions reached, the brief should contain specific references to the administrative record relied upon to raise such contentions. Plaintiff's opening brief and Defendant's brief shall include:

1. a <u>narrative</u> fact section that contains record citations to facts that are necessary to decide the issues (merely quoting medical record entries in chronological order is not sufficient);

2. an argument section that satisfies these requirements:

(a) specifically demarcates each separate issue that it is making or to which it is responding;

(b) contains proper citation to statutes, regulations, and case law for each issue;

(c) incorporates facts into the legal argument for each separate issue (does not refer to facts or argument in another section of the brief).

Failure to satisfy these briefing requirements may result in the court striking the offending brief, finding that a party has waived an issue or response, or summarily accepting the facts or arguments contained in the opposing party's brief.

SO ORDERED.

Dated:   09/21/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jennifer Michelle Hess
PETIT  & HESS
jenhessatty@aol.com

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE
kathryn.olivier@usdoj.gov